ACCEPTED
03-17-00482-CV
21332943
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 4:28 PM
JEFFREY D. KYLE
CLERK

No. 03-17-00482-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 4:28:32 PM
JEFFREY D. KYLE
Clerk

River City Drywall, LP

Appellant and Cross-Appellee

v.

Eric Hanlon and Nalinh Hanlon

Appellees and Cross-Appellants

On Appeal from the 98th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-15-002089

**APPELLANT'S AND CROSS-APPELLANTS' JOINT
MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

1.      Appellant's Brief is due on December 18, 2017. Cross-Appellants' Brief is due on January 5, 2018.  Appellant and Cross-Appellants jointly request an extension of time until February 5, 2018 to file their respective Brief .

2.      The parties to this appeal are also parties in a federal declaratory judgment action case in Case No. 1:17-CV-00853-SS, styled *Mid-Continent Casualty Company v. River City Drywall Services, LP, Eric Hanlon and Nalinh Hanlon*, in the United States District Court, Western District of Texas, Austin Division.  The declaratory judgment action specifically involves coverage issues related to the Judgment being appealed herein.  The parties mediated the federal declaratory judgment action on December 6, 2017 with mediator Paul J. Van Osselaer.

3.     Although the matter was not resolved on December 6, 2017, the parties have extended negotiations.

4.      A successful mediation in the federal declaratory judgment would likely obviate the necessity of the appeal herein for all parties.  In addition, minimizing appellate expenses to the parties during post-mediation negotiations could at increase the likelihood of a successful mediation.  Therefore, in the interest of judicial economy, Appellants and Cross-Appellants jointly request an extension of time to file their respective Briefs until February 5, 2018.

5.     This is Appellant's and Cross-Appellants' second request for an extension to file their Brief and it is not sought for the purposes of delay, but so that justice may be done.

FOR THE FOREGOING REASONS, Appellant and Cross-Appellants jointly request that the Court grant this motion and extend the deadline to file their Brief until February 5, 2018.

Respectfully submitted,

KIESTER CICCONE BOLLIER, LLP
611 W. 14th Street
Austin, Texas 78701
(512) 477-5796 Telephone
(512) 477-5821 Facsimile

By:     */s/Anthony F. Ciccone*
        Anthony F. Ciccone
        State Bar No. 24040692
        tony@klclawyers.com
        Emily E. Landeros
        State Bar No. 24095477
        emily@klclawyers.com

ATTORNEYS FOR CROSS-APPELLANTS

CHAMBERLAIN  MCHANEY
301 Congress Ave., 21st Floor
Austin, Texas 78701
(T) 512-474-9124 | (F) 512-474-8582

By:     */s/ Adrian Ciechanowicz*
        David E. Chamberlain
        SBN: 04059800
        (E) dchamberlain@chmc-law.com
        Adrian Ciechanowicz
        SBN: 24045659
        (E) aciechanowicz@chmc-law.com

ATTORNEYS FOR CROSS-APPELLANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 15, 2017 I spoke with Adrian Ciehanowicz, Chamberlain & McHaney, and we agreed to jointly submit this Motion.

*/s/Anthony F. Ciccone*
Anthony F. Ciccone

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on Adrian Ciehanowicz, Chamberlain & McHaney, by telephonic document transfer to 512-474-8582, or by e-mail this 15th day of December, 2017.

*/s/Anthony F. Ciccone*
Anthony F. Ciccone
Emily E. Landeros